UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

IN RE:                                  :              CHAPTER 7

CHANDA NICOLE HORNE
        DEBTORS/MOVANTS                 :              CASE NO. 14-10458

VS.                                     :              JUDGE DRAKE
                                        :
LEONARD RICCIARDI
        RESPONDENT                      :

<u>MOTION TO AVOID JUDICIAL LIEN</u>


The application of the above named debtor respectfully shows:

1.      This case was commenced by the filing of a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code.

2.      This application is filed by the debtor under 11 U.S.C. §522(f) to avoid a judicial lien acquired by the defendant named above.

3.      Said lien was obtained against the debtor by the defendant prior to the commencement of this case as set forth in debtor's original petition.

4.      The existence of said Judicial Lien acquired by said defendant impairs exemptions to which the debtor is entitled under O.C.G.A. 44-13-100.

        WHEREFORE, Debtor prays judgment against the defendant for the cancellation and avoidance of the judicial lien acquired against property of the debtor, as aforesaid, and for such other and further relief as is just.


        This the 4th day of March, 2014.

                                        Respectfully Submitted
                                        HARMON & GOROVE


                        _____/s/_____

1 Jefferson Street                      Michael A. Gorove
Newnan, GA  30263                       Attorney for Debtor
770-253-5902                            State Bar No. 302730

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| CHANDA NICOLE HORNE | | |
| DEBTORS/MOVANTS | : | CASE NO. 14-10458 |
| VS. | : | JUDGE DRAKE |
| | : | |
| LEONARD RICCIARDI | | |
| RESPONDENT | : | |

### NOTICE OF REQUIREMENT OF RESPONSE TO MOTION TO AVOID JUDICIAL LIEN ON EXEMPT PROPERTY AND TIME TO FILE SAME

NOTICE IS HEREBY GIVEN that a motion to avoid lien on exempt property pursuant to 11 U.S.C. Section 522 has been filed in the above-styled case on March 4, 2014.

NOTICE IS FURTHER GIVEN that, pursuant to Local Rule 6008-2 NDGA, the Respondent must file a response to the motion within 21 days after service, exclusive of the day of service, and serve copy of same on Movant. In the event that no response is timely filed and served, then the Bankruptcy Court may enter an order granting the relief sought.

This 4th day of March, 2014.

HARMON & GOROVE

_____/s/_____

1 Jefferson Street
Newnan, GA  30263
770-253-5902

Michael A. Gorove
Attorney for Debtor
State Bar No. 302730

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| CHANDA NICOLE HORNE | | |
| DEBTORS/MOVANTS | : | CASE NO. 14-10458 |
| VS. | : | JUDGE DRAKE |
| | : | |
| LEONARD RICCIARDI | | |
| RESPONDENT | : | |

CERTIFICATE OF SERVICE

The undersigned, Michael A. Gorove, of Harmon & Gorove, 1 Jefferson Street, Newnan, GA  30263 hereby certifies:

That I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on March 4, 2014, I served a copy of the within and "Notice of Requirement of Response to Motion to Avoid Judicial Lien on Exempt Property and of Time to File Same" together with the "Motion to Avoid Judicial Lien" filed in this Bankruptcy case on:

Leonard Ricciardi
605 Grecken Green
Peachtree City GA 30269

By placing a copy of same in the United States Mail.

This 4th day of March, 2014.

HARMON & GOROVE

_____/s/_____

| | |
|---|---|
| 1 Jefferson Street | Michael A. Gorove |
| Newnan, GA  30263 | Attorney for Debtor |
| 770-253-5902 | State Bar No. 302730 |