UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

IN RE:                                          :                    CHAPTER 7

CHANDA NICOLE HORNE
        DEBTORS/MOVANTS               :                    CASE NO. 14-10458

VS.                                         ·         :                    JUDGE DRAKE

LEONARD RICCIARDI
        RESPONDENT

## MOTION TO DENY JUDICIAL LIEN AND A DISCHARGE OF DEBTS

The response from the above mentioned respondent respectfully replies and shows:

1.      The respondent is filing this motion believing that the debtor is not entitled to receive a discharge of debts under Bankruptcy Code 11 U.S.C. §523 (a) (2) and asserts that both the discharge and avoidance of the judicial lien be denied.

2.      The debtor has intentionally tried to deceive the respondent when asked to make monthly payments in accordance with her signed lease agreement. See attached email correspondence that shows the deception and delay tactics used to make one believe that lease payments where forthcoming.

3.      The judicial lien was derived from the Civil Action File # 10ED503954 (see attached) within the Magistrate Court of Fulton County on the 16th day of November, 2010. The Magistrate Court of Fulton County mediated a money judgment between the respondent and the debtor/movants listed above. The court granted a money judgment against the debtor/movants for the amount of $45,196.77. This money judgment has not been paid by the debtor/movant.

        WHEREFORE, Respondent prays that the debtor responsibly meet the obligations that were consumed by said debtor for the agreed upon value and adhere to the Civil Action agreement mediated by the Court and both parties.

        This the 19th day of March, 2014.        MAR 25 2014 AM10:22

                                                        Respectfully Submitted
                                                        LEONARD RICCIARDI

605 Grecken Green
Peachtree City, GA 30269
770-309-9076

IN THE MAGISTRATE COURT OF FULTON COUNTY
STATE OF GEORGIA

Leonard Ricciardi
Lisa Ricciardi
LANDLORD (Plaintiff),

vs.

Chanda Horns
TENANT (Defendant).

**DISPOSSESSORY PROCEEDING**

Civil Action File No: 10ED503754

FILED IN OFFICE, THIS _____

DAY OF _____, 20_____

_____
DEPUTY CLERK

**CONSENT AGREEMENT**

This case was mediated on the 16th day of November, 2010 and it appearing that the parties have resolved this matter through mediation, it is hereby ordered, pursuan. .o the request of the parties, that the case be removed from adjudication by the Court and further that the agreement reached by the parties be made an order of the Court, NOW THEREFORE:

The parties agree that the Plaintiff(s) is entitled to a WRIT OF POSSESSION and judgment against Defendant(s) in the amount of $~~42,000.00~~ rent for the following period: July - October 2010
$45,196.77
The parties have agreed as follows:
The tenant agrees to vacate on or before
Dec. 12, 2010 at 11:59 PM. Landlord is also entitled to
a money judgment in the amount of ~~42,000.00~~
$45,196.77

WHEREFORE, the parties agree that a WRIT OF POSSESSION will be issued:

(  )    Instanter        ( ✓ )    On Dec 12, 2010 at 11:59 pm

(  )    Upon Defendant's failure to pay Plaintiff $_____ on or before _____, 20_____.
_____ and upon sworn application by the Landlord that said rent is unpaid.

FURTHER AGREED that: (Applicable only if space is checked).

( ✓ )    Plaintiff will recover judgment against Defendant Chanda Horns in the amount of
$~~42,000.00~~ plus $___—___ court costs and interest as allowed by law as shall accrue hereafter.
45,196.77

(  )    Plaintiff be paid $_____ and Defendant be paid $_____ being held in the Court registry.

(  )    Defendant (name) _____ recover judgment against Plaintiff in the amount of
$_____.

(  )    Plaintiff is entitled to draw down funds in the court registry _____.

LR / CH    Mediated agreements cannot be appealed.
Landlord Initials  Tenant Initials

So Ordered this _____ day of _____, 20_____.

Consented to:

_____
Landlord (Plaintiff)

_____
Tenant (Defendant)

_____
Judge, Magistrate Court of Fulton County

WHITE – COURT        YELLOW – PLAINTIFF        PINK – DEFENDANT

Rev. 12/08                                                                                          Form A

## Lenny Ricciardi

Subject:                    FW: Invoice for February 2010

**From:** Lenny Ricciardi
**Sent:** Tuesday, February 02, 2010 8:42 AM
**To:** Footprints Academy
**Subject:** RE: Invoice for February 2010

Hey Chanda,

Is this going to be the norm each month?  If so I am worried that you will always be charged a late payment fee.

Sincerely,
**Lenny Ricciardi**



**From:** Footprints Academy [mailto:footprintsacademy@yahoo.com]
**Sent:** Friday, January 29, 2010 1:01 PM
**To:** Lenny Ricciardi
**Subject:** Re: Invoice for February 2010

Hello, We are set to get payments the second week of Feb but we always get an email to let us know the exact date. I will forward to you accordingly. also thanks for replacing lights!!

*Chanda Horne*
*Footprints Christian Academy*
*"Where learning occurs one step at a time"*

1

## Lenny Ricciardi

**From:**    Lenny Ricciardi
**Sent:**    Friday, February 12, 2010 5:17 PM
**To:**      Footprints Academy
**Subject:** February Lease Payment

Hello Chanda,

We have not heard from you regarding the February lease payment – can you please contact us to let us know what the situation is as your payment is past due.

Sincerely,
**Lenny Ricciardi**

## Lenny Ricciardi

**From:** Lenny Ricciardi
**Sent:** Tuesday, April 13, 2010 9:44 AM
**To:** Footprints Academy
**Subject:** April Lease Payment Due

Hello Chanda – Lisa has left you several messages and we have not heard from you.  Can you please tell me when we expect to receive the April 2010 lease payment, which was due by April 10th?

Sincerely,
**Lenny Ricciardi**

1

## Lenny Ricciardi

| | |
|---|---|
| **From:** | Footprints Academy [ftprntsacademy@yahoo.com] |
| **Sent:** | Wednesday, April 14, 2010 6:57 AM |
| **To:** | Lenny Ricciardi |
| **Subject:** | April Payment |

Hello Hope your Spring Break went well. Sorry for late response but I had to confirm when our payments were going out and it is next week so please expect our payment once they are received and signed. Of course, late fee will be included.. thanks!!

*Chanda Horne*
*Footprints Christian Academy*
*"Where learning occurs one step at a time"*

1

## Lenny Ricciardi

| | |
|---|---|
| **From:** | Footprints Academy [ftprntsacademy@yahoo.com] |
| **Sent:** | Tuesday, April 27, 2010 10:05 AM |
| **To:** | Lenny Ricciardi |
| **Subject:** | Status |

We did not receive our checks, I am assuming it is due to the State dept being on furlough Friday and yesterday. I have already put in a call this morning so I will keep you in the know. Please expect April and May rent together.

*Chanda Horne*
*Footprints Christian Academy*
*"Where learning occurs one step at a time"*

1

## Lenny Ricciardi

| | |
|---|---|
| **From:** | Lenny Ricciardi |
| **Sent:** | Monday, May 10, 2010 3:09 PM |
| **To:** | Footprints Academy |
| **Subject:** | Lease Payment(s) Past Due |

Hello Chanda,

You are past due on your lease payments for the property located at 105 Genevieve Court, Fayetteville, GA 30215.
The April 2010 lease payment is 30 days past due and the May 2010 lease payment will be past due after today.

In accordance with our lease agreement you are in default due to failure to make payment. We have not heard from you in regard to your status on payment as noted in your email below.

We have been very patient with you from the very beginning of our agreement and because you receive payments from the state but quite frankly we did not enter into an agreement with the state and regardless of when you receive payments from them does not negate the fact that your payment is due no later than the 10th of each month.

I would appreciate your prompt attention to this matter so that you may continue to occupy the premises for the remainder of your lease.

Sincerely,
**Lenny Ricciardi**

**From:** Footprints Academy [mailto:ftprntsacademy@yahoo.com]
**Sent:** Tuesday, April 27, 2010 10:05 AM
**To:** Lenny Ricciardi
**Subject:** Status

We did not receive our checks, I am assuming it is due to the State dept being on furlough Friday and yesterday. I have already put in a call this morning so I will keep you in the know. Please expect April and May rent together.
*Chanda Horne*
*Footprints Christian Academy*
*"Where learning occurs one step at a time"*

1

# Lenny Ricciardi

| | |
|---|---|
| **From:** | Lenny Ricciardi |
| **Sent:** | Tuesday, July 20, 2010 11:07 AM |
| **To:** | Footprints Academy |
| **Cc:** | ricciardil@bellsouth.net |
| **Subject:** | RE: Termination of Lease |

We are sorry to hear about your loss and yes Ms. Germany did speak with Lisa last week. Our lease requires me to put this in writing and unfortunately it came to you at a bad time.
We really need full payment for June (plus late fee) because it is so far behind. I am assuming once August rolls around and school starts that payments will get back on track - is that correct?
We would like to meet with you on Thursday or Friday when you get back to discuss these matters and arrangements. Let us know the day and various times that will be good for you to meet...thanks.

Sincerely,
**Lenny Ricciardi**

**From:** Footprints Academy [mailto:ftprntsacademy@yahoo.com]
**Sent:** Monday, July 19, 2010 9:59 PM
**To:** Lenny Ricciardi
**Subject:** Re: Termination of Lease

Hello, Last week I was out of town the majority of the week due to the death of my Grandmother in Virginia and her funeral which was Friday. Ms Germany spoke to Lisa and explained my absence to her. Please accept payment this week as you specified in your email and payment weekly until we are caught up. I will be honest and say that I pushed all matters aside last week trying to get out of town. Please look forward to another email on Thursday with the amount we will be forwarding and we can put future arrangements on the table once I get back into the office.

*Chanda Horne*
*Footprints Christian Academy*
*"Where learning occurs one step at a time"*

**--- On Mon, 7/19/10, Lenny Ricciardi <*lricciardi@infotrustgroup.com*> wrote:**

From: Lenny Ricciardi <lricciardi@infotrustgroup.com>
Subject: Termination of Lease
To: "Footprints Academy" <ftprntsacademy@yahoo.com>
Cc: "ricciardil@bellsouth.net" <ricciardil@bellsouth.net>
Date: Monday, July 19, 2010, 7:31 AM

Chanda,

You are now two months behind on the lease payments and have been in default since June. I have provided written notices to you in the past asking for payment and I have also visited you. Under the lease agreement

1

(Section 21.) it gives you 10 days to cure a default. The June payment is 38 days in default and July is 9 days in default. I think we have been very patient with you on this but we need payment this week otherwise we have no other option but to terminate your lease. We don't want this to happen but we just can continue in this manner.


Sincerely,

**Lenny Ricciardi**

2

## Lenny Ricciardi

**From:** Footprints Academy [ftprntsacademy@yahoo.com]
**Sent:** Sunday, September 26, 2010 10:55 PM
**To:** Lenny Ricciardi
**Subject:** Hello  Rents

Hello Mr. Ricciardi,

To follow up on the school funding initiative:
    Our financial institution is still processing our line of credit application.   I will be visiting the branch tomorrow (Monday) morning to follow up concerning our status.
    As I have spoken with you before in regards to state funding that Footprints is expected to receive; October begins the first round of disbursements that will continue onward throughout the year.  As a good faith deposit on past due payments, I will have a check of 2000.00 by Friday and another 2000.00 in the days to follow.  Of course, our line of credit will in most part be surrendered to settle past due rents.  I will contact you this week to talk further of our status.

*Chanda Horne*
*Footprints Christian Academy*
*"Where learning occurs one step at a time"*

1

## Lenny Ricciardi

**From:**      Footprints Academy [ftprntsacademy@yahoo.com]
**Sent:**      Thursday, September 30, 2010 9:30 PM
**To:**        Lenny Ricciardi
**Subject:**   hi how are you?

Hello Mr. Ricciardi,

I am sorry I missed you this morning.  I assumed you would stop by at some point to discuss; this morning I was at the bank inquiring about the status of our loan.  It appears that there is a back-log of loan processing as a result of legislation signed into law that would allow small business significantly more access to capital through federal funds and easing the restrictions of minimum qualifications for loan approval.  This event has the financial institutions re-examining previously denied application.  I have another meeting with the branch management Friday with the prospect of having something tangible to give you.  I will be out first thing in the morning, please call or text me with a time that you can meet so we do not miss each other again.

*Chanda Horne*
*Footprints Christian Academy*
*"Where learning occurs one step at a time"*

1

# Lenny Ricciardi

| | |
|---|---|
| **To:** | Footprints Academy |
| **Cc:** | ricciardil@bellsouth.net; lmehan@mehanandassociates.com; leonardricciardi@bellsouth.net |
| **Subject:** | Footprints Lease Contract |

Chanda,

As you know we have been very patient with you, which you have repeatedly acknowledged, and we have tried to work with you on payment arrangements that would help you to get caught up on your lease payments.  I would like to outline the situation:

1. Since you have been leasing the building (in your 10th month now) you have been on time with only 2 payments (your 1st & 2nd months).
2. Currently you are behind on your lease payments for July, August, and September 2010 – current balance including late fees is $25,200.
3. In the summer 2010 you told me that you were accepted into two new programs which would help you to not rely on the State program for payments – but nothing has changed.
4. In late July you told me that you lost some students but then you gained more students from charter schools that closed in Clayton & Fulton county's – but nothing has changed.
5. In late July you proposed a weekly payment plan to help you get caught up, which I accepted, but that was followed for the first week then the scheduled slipped and now you are not adhering to that schedule at all. Then in mid-August you told me your Accountant was working on a more realistic payment plan and that you would send it to me the following week.  But I have not received that plan.
6. I have also asked several times since June for copies of the necessary insurance coverage called out within the lease (Section 34) so I can ensure you have the proper liability coverage for injury, workers compensation, fire, fixtures, etc. but I have not received that either.

Section 21 of our lease agreement states that if tenant defaults on a single payment and does not cure it within 10 days the landlord may at once terminate this lease by written notice to Tenant; whereupon this lease shall end.  You have failed to pay for three months now.  We cannot continue in this manner any longer.

1. You have until Sept. 30, 2010 to have all your lease payments, including October if you decide to stay, if they are not this lease will be terminated and Footprints Academy will need to vacate the premises immediately.
2. If you manage to get caught up with your payments by the end of September, and I hope you do, you will be required to make payments for the each of the following months in advance (i.e., pay November payment in October, December payment in November, etc.).  Plus we will only accept a certified check or money order.  If any of these conditions are broken then the lease will be terminated immediately and Footprints Academy will need to vacate the premises.

I recommend you work with your bank to open a line of credit to cover your short term expenses as you wait for payments from the programs you rely on so much for payments.

Sincerely,
**Lenny Ricciardi**

Cc: Lindsey Mehan, Mehan & Associates, LLC
    Lisa Ricciardi

1