

**IT IS ORDERED as set forth below:**

**Date: April 3, 2014**

_____

**W. Homer Drake
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION**

| IN THE MATTER OF: | : | CASE NUMBER |
|---|---|---|
| CHANDA NICOLE HORNE, | : | |
| Debtor. | : | |
| _____ | : | |
| CHANDA NICOLE HORNE, | : | N14-10458-WHD |
| Movant, | : | |
| v. | : | |
| LEONARD RICCIARDI, | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 7 OF THE |
| Respondent. | : | BANKRUPTCY CODE |

**NOTICE OF ASSIGNMENT OF HEARING**

**NOTICE IS HEREBY GIVEN** that the hearing on **DEBTOR'S MOTION TO AVOID LIEN AND OBJECTION/RESPONSE THERETO** in the above-styled contested matter shall be held in Second Floor Courtroom, United States Courthouse, 18

Greenville Street, Newnan, Georgia, at **10:10 A.M.**, on the **2ND** day of **MAY, 2014.**

**END OF DOCUMENT**

PARTIES TO BE SERVED:

Michael Gorove
1 Jefferson Street
Newnan, GA 30263

Leonard Ricciardi
605 Grecken Green
Peachtree City, GA 30269

Griffin E. Howell, III
127 ½ East Solomon Street
PO Box 551
Griffin, GA 30224